June 17, 2014

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
Courtroom: 1106
New York, NY 10007



Re:  Spiegel v. Bekowies et al
     Case No.: 14-CV-3045

Dear Judge Schofield,

   Pursuant your Order of Reference to a Magistrate Judge for the aim of exploring a settlement of the above-captioned case, a conference for that purpose is scheduled for July 9, 2014.  Present at that meeting will be myself, pro se attorney, and Greenwald Doherty, attorneys for the Defendants.  Also present will be Meyer, Suozzi, English & Klein, my attorneys for the separate but related action in the Supreme Court of the State of New York, and Kane Kessler, attorneys for the Defendants.

   Considering the possibility of a settlement on July 9th, I am respectfully requesting a postponement of the deadline of June 23, 2014, for the time in which to file my reply to Defendants' response to my motion for remand, until July 18, 2014.

   Additionally, there are three (3) depositions scheduled this week related to the New York State lawsuit, for which my attendance is required, and which makes it difficult to comply with the ordered deadline.

                              Respectfully,

                              Michael Spiegel

                              101 Cooper St, #1E
                              New York, NY 10034
                              michaelspiegel0@lycos.com
                              212-568-3428